IN THE CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| CECELIA TINNEY ) | |
| PLAINTIFF ) | |
| VS. ) | CASE NO. CV 06-072 |
| LEXINGTON INSURANCE ) COMPANY | |
| DEFENDANT ) | |

## RESPONSES TO REQUEST FOR ADMISSIONS

Comes now Plaintiff and in response to the Request for Admissions filed by Defendant would state as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied as phrased as Plaintiff is not admitting that she is releasing any claim, only that she is not claiming in excess of $75,000.

7. Plaintiff would again admit that she is not seeking a sum greater than $75,000.



EXHIBIT C

8. Admitted.

9. Admitted.

10. Plaintiff cannot admit the allegations of Paragraph 10 as she does not know what may be discovered in the process of this litigation. It is admitted as to evidence currently known.

11. Admitted as to evidence currently known. There will be no claim greater than $75,000 based on the evidence currently known by the Plaintiff.

## ADDENDUM

Plaintiff is not seeking any money amount that would allow this case to be removed from the Circuit Court of Randolph County to Federal Court.

_____
John A. Tinney    TIN005
Attorney for Plaintiff
Post Office Box 1430
739 Main Street
Roanoke, Alabama 36274
(334) 863-8945

## CERTIFICATE OF SERVICE

     This is to certify that I have this day served counsel for the opposing party in the foregoing matter with a copy of this pleading by faxing or by depositing a copy of the same in the United States Mail, in an envelope with adequate postage prepaid thereon and properly addressed to him.

James W. Lampkin
Alford, Clausen & McDonald
1 Saint Louis Center
Suite 5000
Mobile, Alabama  36602

This 22nd day of June, 2006.

 

_____
John A. Tinney TIN005
Attorney for Plaintiff
Post Office Box 1430
Roanoke, Alabama  36274
334-863-8945