IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| CECELIA TINNEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * NO. CV-06-033 |
| | * |
| LEXINGTON INSURANCE COMPANY, | * |
| | * |
| Defendant. | * |
| | * |

RECEIVED

2006 JUL -5 A 10: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

3:06CV596

## NOTICE OF FILING NOTICE OF REMOVAL

To:   The Honorable Kim S. Benefield
      Randolph County Circuit Court Clerk
      P.O. Box 328
      Wedowee, AL  36278

Please take notice that defendant LEXINGTON INSURANCE COMPANY has this date served its Notice of Removal, a copy of which is attached hereto, the original of which will be filed on this date in the office of the Clerk of the United States District Court for the Middle District of Alabama, Eastern Division.

Dated this the 30th day of June, 2006.

JAMES W. LAMPKIN, II (LAM012)
E-Mail: jwl@alfordclausen.com
WILLIAM C. GRAYSON (GRA119)
E-Mail: wcg@alfordclausen.com
Attorneys for Lexington Insurance Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid:

John A. Tinney, Esq.
P.O. Box 1430
Roanoke, AL 36274

Done this 30th day of June, 2006.

_____
COUNSEL

2