IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CECELIA TINNEY, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * NO. 3:06CV596 |
| | * |
| LEXINGTON INSURANCE COMPANY, | * |
| | * |
| Defendant. | * |

RECEIVED
2006 JUL -5 A 10: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**LEXINGTON INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Lexington Insurance Company ("Lexington"), a defendant in the above-styled cause, and pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, states the following:

Lexington discloses that it is owned by the following corporations: Birmingham Fire Insurance Company of Pennsylvania, The Insurance Company of The State of Pennsylvania, and National Union Fire Insurance Company of Pittsburg, Pennsylvania, which are also publicly held corporations.

/s/ James C. Lampkin

JAMES W. LAMPKIN, II (LAMPJ7474)
E-Mail: jwl@alfordclausen.com
WILLIAM C. GRAYSON (GRAYW0062)
E-Mail: wcg@alfordclausen.com
Attorneys for Defendant, Lexington Insurance Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on counsel for all parties by depositing a copy of same in the United States mail, properly addressed and first class postage prepaid:

John A. Tinney, Esq.
P.O. Box 1430
Roanoke, AL 36274

Done this 30th day of June, 2006.

_____
COUNSEL

2