IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CECELIA TINNEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. 3:06cv596-SRW |
| | * | |
| LEXINGTON INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## JOINT REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to *Federal Rule of Civil Procedure* 26(f), a meeting of the parties was held on August 21, 2006, and participating therein were John Tinney for Plaintiff along with James Lampkin and Will Grayson for Defendant.

2. Pre-Discovery Disclosures. The parties will serve the information required by *Federal Rule of Civil Procedure* 26(a)(1) by September 21, 2006.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    a. Discovery will be needed on the following subjects: the legal claims and damages raised in Plaintiff's Complaint as well as the issues raised in Defendant's response to the Complaint.

    b. All discovery commenced in time to be completed by May 21, 2007.

    c. Maximum of 40 interrogatories and 40 requests for production, including sub-parts, by each party to any other party. Responses are due 30 days after service.

    d. Maximum of 30 requests for admission, including sub-parts, by each party to another party. Responses are due 30 days after service.

*Tinney vs. Lexington*
Parties Planning Meeting
Page 2

    e.    Maximum of 7 depositions by Plaintiff and 7 depositions by Defendant.

    f.    Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26(a)(2) due:

        (1)    From Plaintiff by:  March 8, 2007.
        (2)    From Defendant by:  April 9, 2007.

    h.    Supplementations under Rule 26(e) due: February 27, 2007.

4.    <u>Other Items</u>:

    a.    The parties do not request a conference with the court before entry of the scheduling order.

    b.    The parties request a pretrial conference in July 2007.

    c.    Parties should be allowed until April 21, 2007 to join additional parties and to amend the pleadings.

    d.    All potentially dispositive motions should be filed by no later than 90 days prior to the pretrial date.

    e.    At this stage of the case, the parties are not in a position to determine whether settlement may be enhanced by mediation.

    f.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        (1)    From Plaintiff by 30 days before trial;
        (2)    From Defendant by 30 days before trial.

    g.    Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    h.    The case should be ready for trial for the August 2007 trial term, and at this time is expected to take approximately three to four days.

*Tinney vs. Lexington*
Parties Planning Meeting
Page 3

    Date:  August 21, 2006.

                                    */s/ John A. Tinney*_____
                                    JOHN A. TINNEY (_____)
                                    E-mail:  treadwel@teleclipse.net
                                    Attorney for Plaintiff

OF COUNSEL:
JOHN A. TINNEY, ESQ.
PO Box 1430
Roanoke, AL  36274
(334) 863-8945
(334) 863-7114 (f)

                                    */s/ William C. Grayson*_____
                                    JAMES W. LAMPKIN, II (LAMPJ7474)
                                    E-Mail: jwl@alfordclausen.com
                                    WILLIAM C. GRAYSON (GRAYW0062)
                                    E-Mail:  wcg@alfordclausen.com
                                    Attorneys for Lexington Insurance Company

OF COUNSEL:
ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)