IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CECELIA TINNEY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | NO. 3:06cv596-SRW |
| | * | |
| LEXINGTON INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**<u>NOTICE OF ENDORSEMENT</u>**

Pursuant to the ECF Administrative Procedures, I hereby certify that I endorse the inclusion of my signature on the Joint Report of Parties' Planning Meeting, which was filed electronically on August 21, 2006.

This the 21st day of August, 2006.

                                      Respectfully submitted,

                                      */s/ John A. Tinney*_____
                                      JOHN A. TINNEY (TIN005)
                                      E-mail:  ttennant@teleclipse.net
                                      Attorney for Plaintiff

OF COUNSEL:

JOHN A. TINNEY, ESQ.
PO Box 1430
Roanoke, AL  36274
(334) 863-8945
(334) 863-7114 (f)

CERTIFICATE OF SERVICE

     I hereby certify that on August 21, 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

JAMES W. LAMPKIN, II (LAMPJ7474)
WILLIAM C. GRAYSON (GRAYW0062)
ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602

                                                                                        _____
                                                                                        COUNSEL