IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CECELIA TINNEY, | * | |
| Plaintiff, | * | |
| vs. | * | NO. 3:06cv596-SRW |
| LEXINGTON INSURANCE COMPANY, | * | |
| Defendant. | * | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party to the above-captioned civil mater hereby confirms in writing its consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

DATE: 8/25/06

JAMES W. LAMPKIN, II (LAMPJ7474)
E-Mail: jwl@alfordclausen.com
WILLIAM C. GRAYSON (GRAYW0062)
E-Mail: wcg@alfordclausen.com
Attorneys for Lexington Insurance Company

OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)