IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUL 28 A 9: 42

Cecelia Tinney,   )
                  )
   Plaintiff(s),  )
                  )
v.                )   CIVIL ACTION NO. 3:06 CV 596 SRW
                  )
Lexington Ins. Co.,  )
                  )
   Defendant(s).  )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

July 27, 2006
Date

Signature

John A. Tinney
Counsel For (**print** name of all parties)

PO Box 1430, Roanoke, AL 36274
Address, City, State Zip Code

334-863-8945
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101